# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MICHAEL HARRIS<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:22-MJ-1110 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL HARRIS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(a).

Felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).

Kidnapping, in violation of 18 U.S.C. § 1201

Date: 04/25/2022

*Issuing officer's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/25/22, and the person was arrested on *(date)* 4/24/22
at *(city and state)* Knoxville, TN.

Date: 4/25/22

*Arresting officer's signature*

Tyler Kilday ATF SA
*Printed name and title*