UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.                                                    Case No.: 3:22−mj−01110−DCP

MICHAEL HARRIS


ORDER


    The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant does not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

    Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant:

Jonathan A Moffatt
Federal Defender Services of Eastern Tennessee, Inc. (Knox)
800 South Gay Street
Suite 2400
Knoxville, TN 37929−9714

865−637−7979


ENTER.

s/Debra C Poplin
UNITED STATES MAGISTRATE JUDGE