UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:22-MJ-1110 |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL HARRIS | ) | |

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.


_____     I HEREBY WAIVE my right to a detention hearing.

\_\_\_X\_\_\_     I HEREBY WAIVE my right to a detention hearing, and reserve
the right to move for a detention hearing at a later date.

_____     I HEREBY WAIVE my right to a detention hearing at this time, and reserve
the right to move for detention hearing at a later date in the district where
charges are pending.


DEFENDANT                                    4/26/22
                                               Date

COUNSEL FOR DEFENDANT